By Facsimile: 212-805-4060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              : **NOTICE OF APPEARANCE**
                **AS COUNSEL**

  -against-           :

ALEXANDER BELESON,

     Defendant,

---

SIRS:

  PLEASE TAKE NOTICE, that the Defendant, Alexander Beleson, have retained Albert Y. Dayan, Esq. as his Attorney and demands that a copy of all papers in this proceeding be served upon the undersigned at the office and post office address stated below.

Dated: Kew Gardens, New York
    November 30, 2011

                 Respectfully submitted,

                 *Albert Y. Dayan*
                 ALBERT Y. DAYAN, ESQ. (AYD-5222)
                 Attorney for the Defendant
                 ALEXANDER BELESON
                 80-02 Kew Gardens Rd., Ste. 902
                 Kew Gardens, New York 11415
                 (718) 268-9400
                 dayanlaw@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____