CR 12 (Rev. 6/82)                           WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ALEXANDER BELESON | DOCKET NO.<br>S1 11 Cr. ~~416~~ 614 CP (VM) | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>ALEXANDER BELESON | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>x Indictment    ☐ Information    ☐ Complaint | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Visa Fraud Conspiracy; Transporting, Inducing, and Harboring Illegal Aliens

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 17 2011

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18<br>8 | SECTIONS<br>371<br>1324(a)(1)(A)(v)(I) |
|---|---|---|
| BAIL<br>ORDERED BY | OTHER CONDITIONS OF RELEASE<br>SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*/s/ Debra Freeman*<br>(BY) DEPUTY CLERK | DATE ORDERED 11/17/11<br>DATE ISSUED |
| CLERK OF COURT<br>RUBY J. KRAJICK | | |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.