**ALBERT Y. DAYAN**  80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415

Attorney at Law            Tel: (718) 268-9400:    Fax: (718) 268-9404

**BY FACSIMILE:**

February 27, 2012

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/12
```

Re:   United States v. Alexander Beleson
      Docket No. 11-cr-614-VM-20

Dear Judge Marrero:

I, Albert Y. Dayan, am the attorney for defendant, Alexander Beleson. Your Honor, I am kindly requesting a hearing on the Modification of Bail Conditions on the defendant, Mr. Beleson.

Mr. Beleson, who has been seeking employment was offered a job in the State of California and is kindly requesting the court's permission to travel to that State to take up employment and to reside there during this time. Whenever Mr. Beleson has to make his appearance in court he will travel to New York to do so. He is also kindly asking that he be given the opportunity to report to a Pre-trial Officer while in the State of California.

The Government and the Pre-trial Office have objected to this request.

Thank you Your Honor.

Sincerely yours,

Albert Y. Dayan
Attorney at Law

c.c.   Mr. Daniel P. Chung
       Assistant United States Attorney
       Fax. No. (212) 637-2527

*[Handwritten order:]* The Government and Pretrial Services Office are directed to respond to the request before setting forth the reasons for any objection to the application.

SO ORDERED:
3-6-12
DATE        VICTOR MARRERO, U.S.D.J.