

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/12

**BY FACSIMILE (212) 805-6382**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Alphonse Trucchio et al.**
           **S1 11 Cr. 614 (VM)**
           **Defendant Alexander Beleson**

Dear Judge Marrero:

    The Government respectfully submits this response to a letter submitted by defendant Alexander Beleson on February 27, 2012, requesting that his bail conditions be expanded to allow him to travel, reside, and work in California. Having now received from the defendant specific information about the employment and his place of residence in California, the Government and Pre-trial Services do not object to the request. It is our understanding that the defendant will be supervised directly by Pre-trial Services in the Central District of California and that he will appear in person at all proceedings in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Daniel Chung/Jonathan Cohen/Michael Ferrara
Assistant United States Attorneys
(212) 637-2417/2408/2526

Request GRANTED. The bail conditions of defendant Alexander Beleson herein are modified to permit travel to California for residence and employment for the purposes and on the terms and conditions set forth in defendant's letter dated 2-27-12.

SO ORDERED:
3-15-12
DATE  VICTOR MARRERO, U.S.D.J.

Cc:    Albert Dayan, Esq. (By e-mail)
        Thomas Marino, U.S. Pretrial Services (By e-mail)

TOTAL P.002