

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 29, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2013

**BY HAND AND ELECTRONIC MAIL**
The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Alexander Beleson,
      S1 11 Cr. 614 (VM)

Dear Judge Marrero:

      The Government respectfully submits this letter in connection with the above-referenced case. On March 28, 2013, the defendant pled guilty before the Honorable Henry J. Pitman, United States Magistrate Judge. Your Chambers has provided 2:00 p.m. on August 2, 2013, as a date and time convenient to the Court for the sentencing of the defendant. Today I learned from defense counsel, Mr. Albert Dayan that he is available at that time. Accordingly, the Government respectfully requests that Your Honor schedule Mr. Beleson's sentencing for 2:00 p.m. on August 2, 2013, and make a referral to the United States Probation Office to prepare Mr. Beleson's presentence investigation report, if such a referral has not already been made.

      Sincerely,

      PREET BHARARA
      United States Attorney

      By:   /s/ Jonathan Cohen
           Jonathan Cohen/Michael Ferrara
           Assistant United States Attorneys
           Southern District of New York
           (212) 637-2408/-2526

Cc:   Albert Dayan, Esq.
      Counsel for Alexander Beleson

Request GRANTED. The sentencing of defendant Alexander Beleson herein is scheduled for 8-2-13 at 2:00 p.m.

SO ORDERED.

3-29-13
DATE     VICTOR MARRERO, U.S.D.J.