
**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2013

RECEIVED
MAR 29 2013
CHAMBERS OF
JUDGE MARRERO

March 29, 2013

**BY HAND AND ELECTRONIC MAIL**
The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Alexander Beleson,**
              **S1 11 Cr. 614 (VM)**

Dear Judge Marrero:

      The Government respectfully submits this letter in connection with the above-referenced case. On March 28, 2013, the defendant pled guilty before the Honorable Henry J. Pitman, United States Magistrate Judge. Your Chambers has provided 2:00 p.m. on August 2, 2013, as a date and time convenient to the Court for the sentencing of the defendant. Today I learned from defense counsel, Mr. Albert Dayan that he is available at that time. Accordingly, the Government respectfully requests that Your Honor schedule Mr. Beleson's sentencing for 2:00 p.m. on August 2, 2013, and make a referral to the United States Probation Office to prepare Mr. Beleson's presentence investigation report, if such a referral has not already been made.

                                                Sincerely,

                                                PREET BHARARA
                                                United States Attorney

                                                By:    /s/ *Jonathan Cohen*
                                                Jonathan Cohen/Michael Ferrara
                                                Assistant United States Attorneys
                                                Southern District of New York
                                                (212) 637-2408/-2526

> Request GRANTED. The sentencing of defendant Alexander
> Beleson herein is scheduled for 8-2-13
> at 2:00 p.m.
>
> SO ORDERED.
>
> 4-3-13
> DATE           VICTOR MARRERO, U.S.D.J.

Cc:    Albert Dayan, Esq.
        Counsel for Alexander Beleson



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/2013
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

*[Stamp: RECEIVED MAR 29 2013 CHAMBERS OF JUDGE MARRERO]*

March 29, 2013

**BY HAND AND ELECTRONIC MAIL**
The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: **United States v. Alexander Beleson,**
> **S1 11 Cr. 614 (VM)**

Dear Judge Marrero:

    The Government respectfully submits this letter in connection with the above-referenced case. On March 28, 2013, the defendant pled guilty before the Honorable Henry J. Pitman, United States Magistrate Judge. Your Chambers has provided 2:00 p.m. on August 2, 2013, as a date and time convenient to the Court for the sentencing of the defendant. Today I learned from defense counsel, Mr. Albert Dayan that he is available at that time. Accordingly, the Government respectfully requests that Your Honor schedule Mr. Beleson's sentencing for 2:00 p.m. on August 2, 2013, and make a referral to the United States Probation Office to prepare Mr. Beleson's presentence investigation report, if such a referral has not already been made.

Sincerely,

PREET BHARARA
United States Attorney

By: ___/s/ *Jonathan Cohen*___
Jonathan Cohen/Michael Ferrara
Assistant United States Attorneys
Southern District of New York
(212) 637-2408/-2526

---

*[Handwritten stamp/order:]*

Request GRANTED. The sentencing of defendant Alexander Beleson herein is scheduled for 8-2-13 at 2:00 p.m.

SO ORDERED.

4-3-13
DATE — VICTOR MARRERO, U.S.D.J.

---

Cc:   Albert Dayan, Esq.
       Counsel for Alexander Beleson